158 A.3d 1183

STATE OF NEW JERSEY, PLAINTIFF–CROSS–PETITIONER, v. NATHAN N. SHAW (A/K/A DION SHAW, LEROY ANDERSON), DEFENDANT–CROSS–RESPONDENT. STATE OF NEW JERSEY, PLAINTIFF, v. KEON L. BOLDEN, DEFENDANT.

January 26, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–2711/4319–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted.